# THE STATE OF TEXAS
# M A N D A T E

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/16/2015 1:57:46 PM
PAM ESTES
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE 7TH DISTRICT COURT OF SMITH COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 6th day of May, 2015, the cause upon appeal to revise or reverse your judgment between

**TIMOTHY DEWAYNE PULLINS, Appellant**

**NO. 12-13-00330-CR; Trial Court No. 007-0509-13**

By *per curiam* opinion.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and brief filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that Appellant's counsel's motion to withdraw is **granted**, the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 11th day of December, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

FILED

DEC 16 2015

LOIS ROGERS
CLERK OF THE DIST. COURT, SMITH CO., TX
BY_____DEPUTY

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

## TWELFTH COURT OF APPEALS

**FILED**

**DEC 16 2015**

LOIS ROGERS
CLERK OF THE DIST. COURT, SMITH CO., TX
BY_____DEPUTY

December 11, 2015


Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:  12-13-00330-CR
Trial Court Case Number:  007-0509-13

**Style:**  Timothy Dewayne Pullins
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk


C Timothy Dewayne Pullins
C Mr. Michael J. West (DELIVERED VIA E-MAIL)
: Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)

Mandate executed on __16th__ day of __December__, 2015.

Brief explanation of action taken: __Scanned__

__Blair Lewis_____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us